[No. 6924–5–II.   Division Two.   November 30, 1983.]

*In the Matter of the Welfare of*
MARKOM ANTHONY WARD.

Appeal from a judgment of the Superior Court for Pierce County, No. 49476, Paul M. Boyle, J. Pro Tem., entered February 16, 1983. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 6086–8–II.   Division Two.   November 30, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL JOSEPH BEDNARSKI, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. CR81–6187, Dale M. Nordquist, J., entered December 28, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 4978–7–III.   Division Three.   December 1, 1983.]

HAROLD V. LANDBERG, ET AL, *Appellants,* v. KERMIT J. BJERKE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 7664, Donald N. Olson, J., entered December 23, 1981. *Affirmed* by unpublished opinion per Edgerton, J. Pro Tem., concurred in by Munson, C.J., and McInturff, J.

[No. 5442–0–III.   Division Three.   December 1, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CYNTHIA S. BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82–1–00097–1, James B. Mitchell, J., entered October 6, 1982. Motion to modify commissioner's ruling *denied* by unpublished per curiam opinion.